## 31964. THE STATE v. WILLIAMS.

UNDERCOFLER, Presiding Justice.

After full consideration of this case, it appears that the application for writ of certiorari was improvidently granted and accordingly is dismissed.

*Dismissed. Nichols, C. J., Ingram and Hill, JJ., concur. Jordan and Hall, JJ., dissent.*

ARGUED MARCH 14, 1977 — DECIDED APRIL 5, 1977.

*Ken Stula,* for appellant.
*Guy B. Scott, Jr.,* for appellee.